COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Jusden A. Kukowski, Jesse David Hartung d/b/a H & H Hauling, Inc and H & H Hauling, Inc. v. Bryce G. Burton

Appellate case number:   01-14-00129-CV

Trial court case number:  13CV1174

Trial court:            56th District Court of Galveston County

The Motion for Extension of Time to File Brief filed by Bryce Burton on April 10, 2014 is **GRANTED**. Appellee's brief is due on May 7, 2014.

On April 1, 2014, appellants Jusden A. Kukowski, Jesse David Hartung D/B/A H&H Hauling, Inc. and H&H Hauling, Inc. filed a Motion for Stay of Trial Court Proceedings. Upon review of the motion and the Response of Bryce Burton, the motion is **GRANTED, in part**.

All discovery directed towards appellants is stayed pending the outcome of this appeal, with the exception of:

1. Discovery related to the spoliation issue and

2. Written discovery.

The submission of a trial preparation order along with any attachment is also stayed.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                       X  Acting individually    ☐  Acting for the Court

Date:  April 14, 2014